The People of the State of New York ex rel. George Goehner, Appellant, v. Warden of the District Prison, Respondent.— Order affirmed.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mark M. Henderson, Respondent, v. Delpark Productions, Appellant. — Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Delia Comerford v. Jennie A. Moffat and Others.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Bank of New York v. Joseph G. Robin.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Rosenblum v. Lewis Kornhauser.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Haas and Another v. Joseph Hilton and Another.— Motion granted unless appellant complies with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Domenico Castelli v. Alexander S. Burns and Another.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ida Pollock v. Solomon's Independent Consumers Ice Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Van Emden v. National Distilling Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jennie Drummond v. Alfred E. Norton Company.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathan Burkan v. Musical Courier Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Murtha v. Central Park, North and East River Railroad Company.— Motion granted; proper bond to be filed within five days after decision of this motion.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Gaetano Gubitosi.— Motion granted; time extended to May twenty-seventh.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. John E. Korndahl.— Motion granted; time extended to May twenty-seventh.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.